IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

COSMO THOMAS CAPORASSO,           )
                                  )
            Petitioner,           )
                                  )
      v.                          )     1:23CV825
                                  )
FNU BARNES, et al.,               )
                                  )
            Respondent.           )

**ORDER**

On July 21, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 46.) Plaintiff filed a response to Defendant's objection. (Doc. 47.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 31) is GRANTED with regard to Plaintiff's claims against Defendant Barnes and DENIED with regard to Plaintiff's claims against Defendants Ransom and Sampson.

IT IS FURTHER ORDERED that Plaintiff's requests for injunctive relief are DENIED.

IT IS FURTHER ORDERED that Plaintiff's official capacity claims against Ransom and Sampson are DISMISSED on sovereign immunity grounds.

                                                      /s/   Thomas D. Schroeder
                                                  United States District Judge

November 26, 2025

2

Case 1:23-cv-00825-TDS-JLW   Document 48   Filed 11/26/25   Page 2 of 2